Natural Beverage Corp.
vs.
All-Star Distribution, LLC

No. 4:07-CV-00552 JMC

**United States District Court**

Eastern District of Missouri

March 26, 2008

**MEMORANDUM FOR CLERK**

All-Star's Motion for Protective Order [Doc. 48] is GRANTED IN PART and DENIED IN PART. The Court will permit additional testimony of Mr. Moody, by deposition, limited only to questions about documents produced by All Star and which were referenced by National Beverage counsel during the deposition as to which National Beverage claims the testimony was evasive. National Beverage to prepare a list of proposed deposition topics and submit said list to All Star for review. If the parties agree that those areas are within the Court's order, the deposition of Mr. Moody shall resume. If the parties do not agree, the Court will take up an appropriate motion at that time.

So ordered.

[signature]
3/26/08

Gary Growe
Atty. For All Star

[signature]
Atty for Plaintiff / Defendant
ATTY FOR National Beverage Corp.